UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARVESTER JAMES JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>MAGUIRE CORRECTIONAL FACILITY, et al.,<br><br>Defendants. | Case No. 18-cv-00844-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

This federal civil rights action will be dismissed for failure to state a claim for relief. In his original complaint, plaintiff Larvester Johnson alleged that his jailors at the Maguire Correctional Facility violated his constitutional rights by opening his "legal mail" — mail sent by this Court to plaintiff — outside his presence.

The complaint was dismissed with leave to amend because mail sent by the Court to Johnson is not "legal mail." The dismissal order described the relevant law. "[P]risoners have a protected First Amendment interest in having properly marked legal mail opened only in their presence." *Hayes v. Idaho Correctional Center*, 849 F.3d 1204, 1211 (9th Cir. 2017). If prison officials open legal mail outside a prisoner's presence, they must establish that legitimate penological interests justify the policy or practice. *Id.* at 1213.

However, "[m]ail from the courts, as contrasted to mail from a prisoner's lawyer, is not legal mail." *Keenan v. Hall*, 83 F.3d 1083, 1094 (9th Cir. 1996), amended, 135 F.3d 1318 (9th Cir. 1998) (reasoning that mail from a court is a public document).

Johnson's amended complaint merely repeats his prior allegations, which, as described above, are insufficient to state a claim for relief. Accordingly, this federal civil rights action is DISMISSED. 28 U.S.C. § 1915A(b)(1) (court must dismiss any claims that are frivolous, malicious, or fail to state a claim upon which relief may be granted).

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 6, 2018



WILLIAM H. ORRICK
United States District Judge